*E-filed on* 9/19/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOAN DONATO,<br><br>    Petitioner,<br><br>    v.<br><br>COMMISSIONER OF INTERNAL REVENUE (C.I.R.),<br><br>    Respondent. | No. C-06-01896 RMW<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS<br><br>**[Re Docket Nos. 4, 5, 15, 18]** |

Respondent Commissioner of Internal Revenue moves dismiss the petition of Joan Donato for failure to state a claim upon which relief can be granted. Respondent's motion is granted. The petition filed by Donato shows on its face that it is frivolous. Furthermore, she refused to provide the documents requested by the IRS. Therefore, any face-to-face meeting would have been futile. Under these circumstances, the IRS had no obligation to provide a hearing. *See* I.R.S. C.C.N. CC-2003-031, 2003 WL 24016817. It is clear that a meeting in person would have served no useful purpose.

DATED:     9/15/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING RESPONDENT'S MOTION TO DISMISS—No. C-06-01896 RMW
JAH

1 **A copy of this order was mailed on _____ to:**

2 **Counsel for petitioner:**

3 Joan Donato
20180 Old Big Basin Road
4 Boulder Creek, CA 95006

5 **Counsel for respondent:**

6 Cynthia Lewis Stier
United States Attorney
7 450 Golden Gate Avenue
San Francisco, CA 94102
8

9 Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

ORDER GRANTING RESPONDENT'S MOTION TO DISMISS—No. C-06-01896 RMW
JAH
2